*In re* MARRIAGE OF HAZEL C. STEIN, Petitioner-Appellant and Cross-Appellee, v. JAY W. STEIN, Respondent-Appellee and Cross-Appellant.—HAZEL C. STEIN, Appellant and Cross-Appellee, v. JAY W. STEIN, Appellee and Cross-Appellant.

Third District   Nos. 3—87—0213, 3—87—0245 cons.

Opinion filed February 19, 1988.—Rehearing denied April 11, 1988.

*This opinion was withdrawn and reissued as an unpublished order under Supreme Court Rule 23 by the Appellate Court, Third District, on May 23, 1988.*